SMB

1:22-cv-04210
Judge Andrea R. Wood
Magistrate Judge Sheila M. Finnegan
RANDOM

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 10 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DEBORIS WHITE

VS

VILLAGE OF FRANKLIN PARK
FRANKLIN PARK POLICE DEPARTMENT IN ITS INDIVIDUAL CAPACITY AND OFFICIALS CAPACITY
OFFICER ALF QUINONES ( " FP149")IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY.

CIVILNO:

42 U.S.C. 1983

Now comes Deboris White in his own proper persona sui juris and brings before this forum a Title 42 U.S.C. Ss 1984,because the defendants have violated his rights under the 4th & 14th amendment to the U.S.constitution which affords all citizens due process and equal protection of the law .

JURISDICTION AND VENUE

This Court has jurisdiction over plaintiff's federal claims pursuant to 28 U.S.C. Ss 1331 & 1343 (a) (3)& (4)

Venue is proper in the northern District of Illinois pursuant to 28 U.S.C . Section 1391(b) as a substantial part of the events giving rise to plaintiff's claims occurred within Cook county , which is located within the Northern District of Illinois.

PARTIES

DEBORIS WHITE CAN BE SERVED AT 205 s 5th Ave Apt 2 Maywood IL

FRANKLIN PARK POLICE CAN BE SERVED AT 9451 W. BELMONT AVE FRANKLIN PARK IL, 60131

OFFICER ALF QUINONES CAN BE SERVED AT 9451 W. BELMONT AVE , FRANKLIN PARK IL 60131

VILLAGE IF FRANKLIN PARK CAN BE SERVED AT 9451 W . BELMONT AVE FRANKLIN PARK IL 60131

STATEMENT OF FACTS

1. ON 5/11/22 at 12:17 am the plaintiff was driving his car which the make and model is a Buick 4DR year 2006
2. The Plaintiff was driving without any incident and because my car has a legal tint on my car.
3. Officer Alf Quinones stopped me without probable cause and when I let my window down officer Quinones asked if I had license and insurance, and I informed him yes I have license and I just bought the car.
4. Officer Quinones then started asking questions about why I was out in Franklin park and who did I know, and I informed officer Quinones isn't this the United States of America and he said yes but Black people should stay on the west side and south side in their communities.
5. The plaintiff stated after this he asked the officer if he had audio video recording because he feared for his life .
6. At this time officer Quinones got mad and asked me to step out of my automobile and I asked for what (you) have my driving license and I haven't committed any crimes .
7. After this officer Quinones states I see you are a smart nigger and pull me out my car without probable cause and handcuffed the plaintiff.
8. The 4th amendment makes it applicable that no warrant shall be issued but upon probable cause supported by oath and affirmation describing the place to be searched and person to be seized.
9. The plaintiff proceeded pro se in his criminal case so that he could obtain all the discovery material and after the plaintiff received the discovery material a video was given to plaintiff that shows officer Quinones scheme of stopping my cars without probable cause and abusing his police power.

10. On this video you can clearly see that the driver is a European citizen of Franklin park and he went to the passenger side and let the car go . see : video take judicial notice , Exhibit A
11. After detaining me and getting me out of my car he went into my car and found a cup with water on it and said it was Alcohol .
12. After that he came back to the car and said get out and I want you to take a test to see if you were drinking .
13. I then was told to count to the number 30 and walk, and after I passed it officer Quinones said ok do another test .
14. The plaintiff passed all the test and after this officer Quinones got mad and turned red in the face and said nigger take this breath test .
15. Plaintiff was in fear of his life at this time and said there was no way I should be treated like this .
16. Officer Quinones called for backup and another car pulled up and after being forced to take a breath test I was taken to jail without probable cause .
17. Plaintiff filed his motion for discovery which is attached as exhibits (b) and a motion to dismiss pursuant to Illinois criminal codes .
18. Plaintiff states nothing was in the discovery so plaintiff filed a BRADY Motion for exculpatory discovery material .
19. As of today the states attorney and Franklin police department hasn't turned over any discovery material such as the video footage.
20. Officer Quinones violated the Village of Franklin park and city of Chicago policy to wear a body camera.
21. 50 ILCS 706 makes it mandatory for officers to wear body cameras in ILLINOIS.
22. This officer has a history of racial misconduct against African American.

RELIEF SOUGHT

1. Compensatory damages in the amount of 1 million dollars
2. Punitive damages in the amount of 1 million
3. Requesting an attorney be appointed Under federal rules of civil procedure 11(c) trial bar obligation.
4. Any other relief this court deems just and fair .

RESPECTFULLY SUBMITTED,

DEBORIS WHITE

8/10/22