**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEBORIS WHITE,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF FRANKLIN PARK, a municipal corporation; and FRANKLIN PARK POLICE OFFICER ALF QUINONES, in his individual capacity, and as an employee of VILLAGE OF FRANKLIN PARK,<br><br>Defendants. | Case No. 22-cv-04210<br><br>Honorable Lindsay C. Jenkins |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** between Plaintiff and Defendant Village of Franklin Park, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause of action should be dismissed with prejudice instanter. Each side shall bear their own costs and attorneys' fees.

By: */s/ Emma E. Sander*
One of Plaintiff's Attorneys

Nathan H. Lichtenstein (ARDC 1655469)
Emma E. Sander (ARDC 6342665)
Aronberg Goldgehn Davis & Garmisa
225 West Washington Street, Suite 2800
Chicago, Illinois 60611
312-828-9600
nlichtenstein@agdglaw.com
esander@agdglaw.com

By: /s/ *John P. Wise*
One of the Village's Attorneys

John P. Wise (ARDC 6238380)
Thomas J. Condon, Jr. (ARDC 6276438)
Montana & Welch, LLC
11950 South Harlem Avenue, Suite 102
Palos Heights, Illinois 60463
708-448-7005
jwise@montanawelch.com
tcondon@montanawelch.com

## CERTIFICATE OF SERVICE

I, the undersigned, state that on December 4, 2024, I submitted to be e-filed the above STIPULATION OF DISMISSAL via the U.S. District Court for the Northern District of Illinois' electronic filing system (ECF) which provides notification to all parties/counsel of record.

*/s/ Nathan H. Lichtenstein*